CARL A. WESCOTT
8210 E. Via de la Escuela
Scottsdale, AZ 85258
*in propria persona*
+1 276 773 7377

FILED

DEC 04 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

VKD

| | |
|---|---|
| CARL A. WESCOTT,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE, INC.<br><br>Defendant.  + DOES 1 through 10 | Civil Action No. 23-06254<br><br>PLAINTIFF'S VERIFIED LEGAL COMPLAINT SEEKING DECLARATORY RELIEF; |

Plaintiff Carl A. Wescott, proceeding *pro se*, complains of Defendant Apple, Inc. ("Apple") and seeks declaratory relief to get his iTunes account back after it was taken over by criminals (the Bob Block criminal gang). The Plaintiff further alleges:

**The Parties: Plaintiff and Defendants**

1. Carl Wescott is an individual presently residing in Scottsdale, Arizona.

2. Apple is a corporation with its headquarters and principal place of business in Cupertino, California.

**JURISDICTION**

3. The Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. This is a civil action arising under federal law, 28 U.S.C. § 2201 (declaratory relief).

5. Venue is proper as the Defendant is domiciled in this district.

**FACTUAL NARRATIVE**

6. Apple is a computer company that expanded into telephony, entertainment, and media.

7. The Plaintiff has had many iPhones, and also many MacBooks, and therefore has had an iTunes account for years (linked to C@CarlAWescott.com)

8. The Plaintiff is the true, rightful owner of his iTunes account.

9. The Plaintiff is unsure of the exact date, but believes it was in 2018 that his iPhone was stolen at his residence in San Francisco.

10. At that same point, the Plaintiff's iTunes account was hijacked – someone changed the password on it.

11. Recently, the Plaintiff learned that it was the Robert J. Block, the leader of the Bob Block Criminal Gang, that stole both the iPhone, the iTunes account, and many more things from the Plaintiff, including his email address c@carlawescott.com

12. The Plaintiff cannot access his iTunes account but needs it for his contacts and other important information.

13. The Plaintiff attempted to recover his account, to no avail.

14. The Plaintiff seeks declaratory relief to get his iTunes account back.

15. While the Plaintiff is seeking redress in this Court, he also wishes to obtain some information about which criminal gang members accessed his iTunes account (from which phone or laptops), any changes they made to the iTunes account, and other related actions through the present.

16. The Plaintiff will serve discovery to obtain that information and hopes that this case will not impose too much on the Court's time.

### REQUEST AND PRAYER FOR DECLARATORY RELIEF

17. Under the Declaratory Judgment Act, 28 U.S.C. §§ 2201, et. seq., the Plaintiff respectfully requests that the Court declare the Plaintiff to be the rightful owner of his iTunes account, that was tied to the email address c@carlawescott.com.

18. Under the Declaratory Judgment Act, 28 U.S.C. §§ 2201, et. seq., the Plaintiff further respectfully requests that the Court order the Defendant, Apple Inc, to return his iTunes account to the Plaintiff.

19. These two declarations will provide the relief the Plaintiff seeks.

RESPECTFULLY SUBMITTED

_____
Carl A. Wescott, *pro se*
November 29th, 2023

## VERIFICATION

I, Carl A. Wescott, under penalties provided by California and Arizona law as well as the federal laws of the United States of America, certify that the facts set forth in this instrument are true and correct, except as to matters on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_____