Clear Form

FILED
DEC 04 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

VKD

C 23 06254

Carl A. Wescott

                       Plaintiff,

vs.

Apple INC

                       Defendant.

CASE NO. _____

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, Carl A. Wescott , declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___ No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  and wages per month which you received.
2  I'm not employed, but fyi I had a full-time job as a Managing Director of the SparkLabs
3  Group through July 4th, 2019. My salary back then was $150,000 per year.

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment?     Yes ___ No ✔

    b. Income from stocks, bonds, or royalties?     Yes ___ No ✔

    c. Rent payments?     Yes ___ No ✔

    d. Pensions, annuities, or life insurance payments?     Yes ___ No ✔

    e. Federal or State welfare payments, Social Security or other government source?     Yes ✔ No ___

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

I receive $284/month from EBT/SNAP/food stamps in Arizona, through JUNE 2023. I have re-applied (Nov. 1) AND will be receiving EBT again soon.

3. Are you married?     Yes ___ No ✔

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income: N/A

Gross $_____ Net $_____

4. a. List amount you contribute to your spouse's support: $_____

    b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor

1  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2  _____
3  _____
4  5.   Do you own or are you buying a home?     Yes ___  No ✔
5  Estimated Market Value: $_____ Amount of Mortgage: $_____
6  6.   Do you own an automobile?   N|A    Yes ___ No ✔
7  Make _____ Year _____ Model _____
8  Is it financed? Yes ___ No ___ If so, Total due: $ _____
9  Monthly Payment: $ _____
10 7.   Do you have a bank account? Yes ✔ No ___ (Do not include account numbers.)
11 Name(s) and address(es) of bank: (1) Arizona Federal Credit Union
12 3396 N HAYDEN RD., Scottsdale, AZ 85251   #1 (602) 683-1000
13 Present balance(s): $ 11  (AND SECOND ACCOUNT listed at END)
14 Do you own any cash? Yes ✔ No ___ Amount: $ 79.
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)                                   Yes ✔ No ___
17 MAINLY LEGAL CLAIMS (UNKNOWN)
18 8.   What are your monthly expenses?
19 Rent: $ _____0_____ Utilities: _____150_____
20 Food: $ _____300_____ Clothing: _____50_____
21 Charge Accounts:  (I borrow money each month from family/
22 Name of Account      Monthly Payment         Total Owed on This Account   FRIENDS
23 _____ $ _____ $ _____
24 _____ $ _____ NO CREDIT   $ _____
25 _____ $ _____ CARD)       $ _____
26 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.)
28 YES. I owe $1000 to my mother AND $237 AND $12,000 to two friends
   (COREY VAGBOWEN & MANO WALKER)

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✔

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

12/27/2023                         [signature]

DATE                                SIGNATURE OF APPLICANT

Supplement to Application to Proceed *in Forma Pauperis*

My second CREDITUNION is TRUWEST, $62 BALANCE

My annual income in 2019 was $5100 (as also reflected on my 1040/taxes)

My annual income in 2020 was $3439 (as reflected on my 1040/taxes)

I was fired from my last job in June 2019 (last day July 4th, 2019)

I am currently on food stamps/EBT/SNAP* and hope to get off of them as soon as possible.

I live with my mother in a townhome she owns (hence the $0 rent).

I've attached, as Exhibit A, a photocopy of my EBT/SNAP/food stamps card, which was active. AND will be AGAIN SOON

* with a lapse from June 2023 through November 2023

Exhibit A



My EBT/ SNAP/ food stamps Card, which was active

C.A. Wescott
12/27/2023