UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARL A. WESCOTT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC,<br><br>　　　　　Defendant. | Case No.  23-cv-06254-VKD<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE AND TO COMPLY WITH COURT ORDER** |

On December 4, 2023, Carl A. Wescott, who is representing himself, filed a complaint, along with an application for leave to proceed in forma pauperis ("IFP"). Dkt. Nos. 1, 2. On December 6, 2023, the Court granted Mr. Wescott's IFP application, but found that his complaint failed to sufficiently identify a basis for the Court's jurisdiction, and also failed to state a claim for relief. Dkt. No. 4. Accordingly, the Court stayed service of process and gave Mr. Wescott until January 5, 2024 to file an amended complaint. *Id*. The Court's December 6, 2023 order stated that "[i]f Mr. Wescott cannot cure the identified deficiencies, the Court will recommend termination and dismissal of the complaint in whole or in part." *Id*. at 3-4.

The docket indicates that Mr. Wescott has not filed an amended complaint, and the January 5, 2024 deadline for doing so has passed.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co*., 370 U.S. 626, 629-33 (1962). By **January 22, 2024**, Mr. Wescott shall file a written response to this order explaining why this action should not be dismissed for his failure to prosecute his case and to comply with court orders. If Mr. Wescott fails to respond to this order by the January 22, 2024 deadline, the

Court will reassign this action to a district judge, with the recommendation that the action be dismissed without prejudice for failure to prosecute and to comply with court orders.

**IT IS SO ORDERED.**

Dated: January 8, 2024

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge