FILED

JAN 22 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CARL A. WESCOTT
8210 E. Via de la Escuela
Scottsdale, AZ 85258
*in propria persona*

# UNITED STATES DISTRICT COURT
## DISTRICT OF CALIFORNIA, NORTHERN

| | |
|---|---|
| CARL A. WESCOTT,<br><br>    Plaintiff,<br><br>vs.<br><br>APPLE;<br><br>    Defendants. | Civil Action No. **5:23-cv-06254-VKD**<br><br>**PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE** |

    Plaintiff Carl A. Wescott, proceeding *pro se,* responds to the Court's Order to Show Cause ("OSC"). The Plaintiff apologizes; at the time of his original filing, as a legal layperson, the Plaintiff thought he could utilize the Declaratory Judgment Act and his request for declaratory relief to be his federal question of law, qualifying for subject matter jurisdiction that way. Upon reading the Court's § 1915 review and with further legal research, the Plaintiff decided to dismiss his case without prejudice.

    The Plaintiff believes he has over $75,000 of damages and can qualify for federal Court, but he made the decision to continue direct dialogue with the Defendant Apple to see if Apple can resolve his issues without the need for litigation to get his desired relief.

    Here is where the Plaintiff apologizes again. He dismissed the instant case without prejudice back on December 11th, 2023 and sent in the dismissal by mail. However, the Plaintiff fears that his

1

**PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

poor hand-writing of the case number may have prevented his dismissal from being properly entered into the docket.

    Yesterday, the Plaintiff sent in another dismissal without prejudice to this Court, with a more legible case number, that should now be in the docket and cause the instant case to be dismissed.

    The Plaintiff is grateful for the Court's time and guidance and hopes that the next time he is in Court he will have done a better job with a legal complaint that meets all requirements of that Court.

RESPECTFULLY SUBMITTED

*[signature]*
Carl A. Wescott, *pro se*
January 19th, 2024

**PLAINTIFF'S VERIFIED LEGAL COMPLAINT FOR BREACH OF CONTRACT**

CW

PHOENIX AZ 852

19 JAN 2024 PM 5

RECEIVED
JAN 22 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk
USDC
~~455~~ 280 South 1st Street
San Jose, CA

95113-300837