```
FILED
JAN 22 2024 kp
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
```

CARL A. WESCOTT
8210 E. Via de la Escuela
Scottsdale, AZ 85258
*in propria persona*
+1 276 773 7377

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

23-cv-06254-VKD

| | |
|---|---|
| CARL A. WESCOTT,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE, INC.;<br><br>Defendants | Civil Action No.<br><br>**PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE;** |

Plaintiff Carl A. Wescott, proceeding *pro se*, hereby dismisses Defendant Apple, Inc. without prejudice.

RESPECTFULLY SUBMITTED

Carl A. Wescott, *pro se*
December 10th, 2023

1

PHOENIX AZ 852

18 JAN 2024 PM 11 L

RECEIVED

JAN 22 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk
U.S.D.C
280 S 1st St.
San Jose, CA  95113

95113-270680

